UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BALCH, dba VB ENGINEERING, | ) Case No. 2:20-cv-6836 TJH (JEMx) |
| Plaintiff, | ) IN ADMIRALTY |
| v. | ) ORDER OF DISMISSAL |
| M/Y PANASEA.A, U.S.C.G. Official No. 1097557, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*, | ) JS-6 |
| Defendant. | ) |
| AND RELATED CROSS ACTION | ) |

Pursuant to the Stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(ii), and the Court having reviewed the pleadings and other filings in this action, and good cause therefor appearing, it is therefore hereby

///

///

///

///

///

**ORDERED** that this entire action, including all claims and cross-claims be, and hereby is, **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: March 7, 2022

_____
HON. TERRY J. HATTER, JR
UNITED STATES DISTRICT JUDGE